UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PAUL PARSHALL, Individually and on behalf of all others similarly situated, et al.,<br><br>        Plaintiff,<br><br>  v.<br><br>ANGIE'S LIST, INC., THOMAS R. EVANS, GEORGE D. BELL, MARK BRITTO, SCOTT A. DURCHSLAG, ANGELA R. HICKS BOWMAN, MICHAEL S. MAURER, DAVID B. MULLEN, MICHAEL D. SANDS, H. ERIC SEMLER, SUSAN THRONSON, IAC/INTERACTIVECORP, ANGI HOMESERVICES INC., and CASA MERGER SUB, INC.,<br><br>        Defendants. | Case No. 1:17-cv-02418-WTL-MJD<br><br>Acknowledged on 2/7/2018.<br>s/William T. Lawrence, Judge<br>Copies sent |

## NOTICE OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Paul Parshall, by counsel, hereby gives notice that he is dismissing all claims in the above-captioned matter, with prejudice as to himself and without prejudice as to all others similarly situated. This Court shall retain continuing jurisdiction for purposes of entertaining a mootness fee application, if any, which shall be filed under this cause number.

Respectfully submitted,

RILEY WILLIAMS & PIATT LLC

/s/ *James A. Piatt*
James A. Piatt

*Counsel for Plaintiff, Paul Parshall, individually and on behalf of all others similarly situated*

RILEY WILLIAMS & PIATT LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
(317) 633-5270
jpiatt@rwp-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 29, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *James A. Piatt*
James A. Piatt

2